# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas
Plano Division



**FILED**
MAR 0 6 2023
Clerk, U.S. District Court
Eastern District of Texas

|  |  |
|---|---|
| VIRGIL TALLEY <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> PEPO TSVETANOV, VP CFO <br> CAPITAL ONE AUTO FINANCE AND <br> TOYOTA OF NORTH MIAMI <br> (Jointly & Severally) <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 4:23cv180 SDJ/KPJ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

### I. The Parties to This Complaint

**A. The Plaintiff(s) in Interpleader**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VIRGIL TALLEY |
| Street Address | 1841 ROBLE DRIVE |
| City and County | COLLEGE PARK, CLAYTON COUNTY |
| State and Zip Code | GA 30349-6155 |
| Telephone Number | (954)479-9823 |
| E-mail Address | amenet736@gmail.com |

**B. The Defendant(s) in Interpleader**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

**Defendant No. 1**

| | |
|---|---|
| Name | PEPO TSVETANOV (Jointly & Severally) |
| Job or Title *(if known)* | VP, CFO CAPITAL ONE AUTO FINANCE |
| Street Address | 8050 DOMINION PKWY |
| City and County | PLANO, COLLIN & DENTON COUNTY(S) |
| State and Zip Code | TX (75024) |
| Telephone Number | 1(855)262-9821 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | CAPITAL ONE AUTO FINANCE (Jointly & Severally) |
| Job or Title *(if known)* | |
| Street Address | 8050 DOMINION PKWY |
| City and County | PLANO, COLLIN & DENTON COUNTY(S) |
| State and Zip Code | TX (75024) |
| Telephone Number | 1(855)262-9821 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | TOYOTA OF NORTH MIAMI (Jointly & Severally) |
| Job or Title *(if known)* | |
| Street Address | 444 NW 165th STREET |
| City and County | MIAMI-DADE COUNTY |
| State and Zip Code | FL (33169) |
| Telephone Number | 1(305)402-4836 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction and Venue

There are two types of interpleader actions, each brought under a different provision. Which type of interpleader action are you bringing? *(check one)*

☒ I am bringing this interpleader action under Federal Rule of Civil Procedure 22. *(Fill out Section A below.)*

☐ I am bringing this interpleader action under 28 U.S.C. § 1335. *(Fill out Section B below.)*

A.  **Interpleader Action Under Rule 22**

1.  Jurisdiction is proper because the action *(check all that apply)*:

    ☒ arises under a federal statute, a federal treaty, and/or a provision of the United States Constitution *(specify the relevant statutory, treaty, and/or constitutional provisions)*:

    Senate Document No. 43,73rd Congress, Congressional Record, March 9,1933 on HR 1491, p.83, Title 18 Sec. 8, HJR 192, Title 31 Sec. 3123, Title 31 Sec. 3130(a) (1) & (2) Title 31 Sec. 3124(a) (1), (2)(b), Since March 9, 1933, the United States has been in a state of declared natioanal emergency. These proclomations give force to 470 provisions of federal law. Title 15 USC Sec. 1605, 15 USC Sec. 1635, 1611, 1602 (h) through (o).

    ☐ meets the jurisdictional requirements of 28 U.S.C. § 1332, under which no plaintiff may be a citizen of the same State as any defendant, and the amount at stake must exceed the sum or value of $75,000:

    a.  The Plaintiff(s)

    i. If the plaintiff is an individual

    The plaintiff, *(name)* __VIRGIL TALLEY__, is a citizen of the State of *(name)* __GEORGIA__.

    ii. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

b. The Defendant(s)

   i. If the defendant is an individual

   The defendant, *(name)* PEPO TSVETANOV , is a citizen of the State of *(name)* TEXAS .

   Or is a citizen of *(foreign nation)* _____ .

   ii. If the defendant is a corporation

   The defendant, *(name)* CAPITAL ONE AUTO FINANCE , is incorporated under the laws of the State of *(name)* TEXAS ,

   and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of

   *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

c. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
   FEDERALLY PROTECTIVE CONSUMER RIGHTS VIOLATIONS ( $1,000.00 each)
   TITLE 15 USC Sec. 1605(a) & (c), TITLE 15 USC Sec. 1635, 1601, 1602. Finance charge $19,654.80 x 2=$39,309.60.

2. Venue is proper under 28 U.S.C. § 1391 because *(check one)*:

   ☐ all of the defendants live in _____ *(a common State)* and at least one defendant lives in _____ *(county, State)*, which is located in this court's judicial district.

   ☐ a substantial part of the property that is the subject of this complaint for interpleader is situated in _____ *(county, State)*, which is located in this court's judicial district.

   ☒ there is no district in which this action may otherwise be brought. The court has personal jurisdiction over the defendants for the following reasons *(identify the connections the defendants have with the judicial district)*:

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

Two defendant's live/reside in the eastern judicial district of Texas. The third defendant lives/resides in Miami-Dade County. Miami-Dade County is the origin and/or the initial beginning place of this action.

**B.  Interpleader Action Under 28 U.S.C. § 1335**

1. In order for this court to have jurisdiction over this action, at least two defendants must be citizens of different States as defined in 28 U.S.C. § 1332(a) or (c), and the value of the property in controversy must be at least $500.

   a. Interpleader Defendant No. 1

      i.  If the defendant is an individual

          The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.
          Or is a citizen of *(foreign nation)* _____.

      ii. If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   b. Interpleader Defendant No. 2

      i.  If the defendant is an individual

          The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.
          Or is a citizen of *(foreign nation)* _____.

      ii. If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

c. The Property in Controversy

The property in controversy is worth $ 19,654.80.

2. Venue is proper under 28 U.S.C. § 1397 because at least one defendant, *(name)* CAPITAL ONE AUTO FINANCE, resides in COLLIN/DENTON, TEXAS *(county, State)*, which is located in this court's judicial district.

## III. Statement of Interpleader Action

A. Describe the property that is the subject of this interpleader action, and explain why you are in possession of the property. Explain why each of the defendants claims an entitlement to the property.

Defendant's actions were consistent with fraud, nondisclosure, illegal conversion inter alia. Plaintiff purchased a 2018 Honda Civic EX from Toyota of North Miami on 11/12/2019, and the car was financed by Capital One Auto. Plaintiff provided the consideration/credit for the car by way of his signature. See 15 USC 1602 (h) through (o). Plaintiff is the credit issuer (creditor) in the consumer credit transaction of 11/13/2019. All accounts are prepaid, Congressional Record, March 9, 1933 on HR 1491, p. 83. See also Title 31 USC Sec. 3123, Title 18 USC Sec. 8, Title 31 USC Sec. 5118(d)(2) and Title 31 USC Sec. 3124 Exemption from taxation. Plaintiff states that on 11/13/2021 he did give defendant(s) full disclosure and notice via NOTICE OF CLAIM DEMAND FOR VALIDATION AND PROOF OF CLAIM [Self-Executing Contract contained within document disclosing new terms and conditions of contract upon default] with attached AFFIDAVIT OF TRUTH & AFFIDAVIT THAT ALL ACCOUNTS ARE PREPAID, by USPS Certified Mail Return Receipt. The same documents were mailed to the Federal Trade Commission and the Consumer Financial Protection Bureau by USPS Certified Mail Return Receipt. The herein listed documents are attached/annexed to Motion to Enter Documents via Federal Rules of Evidence Rule 402, General Admissibility of Relevant Evidence. See UMAR CLARK v. CAPITAL ONE AUTO FINANCE, Eastern District of Texas, Plano Division, 4:21-CV-00269, Judge: Sean D. Jordan. CAPITAL ONE AUTO FINANCE is in violation of 49 USC Sec. 14301:Security interests in certain Motor Vehicles, Sec. (a)(3),(4)&(b). See also American Discharge Project as part of the New Deal initiated on March 6, 1933 (still in full force and effect) with Presidential Proclamation 2039 and enacted into law by Congress in March 9, 1933. Plaintiff is the Creditor in this action by way of the extension of credit via 15 USC sec. 1602(l). Plaintiff did exhaust the "administarative remedy" requirement necessary for this interpleader action and comes to this court of equity with clean hands and in good faith. See Notice of Estoppel and Pending Suit mailed by USPS Certified Mail Retun Receipt on or about January 17, 2023, to CAPITAL ONE AUTO FINANCE. Plaintiff's administrative process is incorporated herein by reference as admissibility of relevant evidence. Plaintiff's administrative remedy is res judicata. Failure of Defendant(s) to respond in this matter point for point (sworn affidavit) is stare decisis. Plaintiff's administrative remedy is ripe for judicial review, and there are no facts in controversy. Plaintiff is entitled to relief in this equitable claim. Defendant(s) are estopped for failure to respond to original administrative process.

B. Plaintiff has *(check one)*:

☐ deposited *(the property at issue)* _____ into the registry of the court

☒ given a bond payable to the clerk of court in the amount of $ _____, which

      the court has deemed proper and which is conditioned upon compliance by the plaintiff with the future order or judgment of the court with respect to the subject matter of the controversy.

    C.    Explain why you are in great doubt as to which defendant(s) is/are entitled to the property subject to the interpleader action. Explain why you cannot determine which claim(s) is/are valid without exposing yourself to potential double litigation.

        Neither of the defendant(s) are entitled to the property subject to this interpleader action on the basis that defendant(s) have no first in line priority secured interest. See 49 USC Sec. 14301 (a)(3),(4) & (b). Contract number V0356215 was established in fraud and fraud vitiates the nature and obligation of any contract. Therefore, defendant(s) have no valid claim(s) in exposing Plaintiff to the potential of double litigation. Defendant(s) do not have any valid claim upon which relief may be granted. See UCC-1 attached to sealed documents motion rule 5.2. Plaintiff requests judicial review of his administrative process and remedy. Plaintiff reqests this court to find the facts and execute on the law of the contract before this Court. Plaintiff requests summary judgment on Plaintiff's administrative remedy. Plaintiff requests the Court to order Defendant(s) to pay the sum certain $74,999.99 (Seventy-four thousand Nine Hundred Ninety-nine Dollars and Ninety nine cents over to Plaintiff.

## IV. Relief

The plaintiff requests that *(check all that apply)*:

- [x] Each defendant be restrained from instituting any action against the plaintiff for recovery of the property or any part of it.

- [ ] The defendants be required to interplead and settle among themselves their rights to the property and that the plaintiff be discharged from all liability.

- [x] The plaintiff recover costs and reasonable attorney's fees.

- [x] The court grant any further relief as may be just and proper under the circumstances of this case.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    A.    **For Parties Without an Attorney**

        I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

        Date of signing: _March 3rd, 2023_

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

Signature of Plaintiff  *By: Virgil Talley Registered Agent & Authorized Rep.*
Printed Name of Plaintiff  VIRGIL TALLEY

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____