UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VIRGIN TALLEY | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-180-SDJ |
| | § | |
| PEPO TSVETANOV, ET AL. | § | |

*Correction:* VIRGIL TALLEY

**FINAL JUDGMENT**

Pursuant to the Court's order entered on today's date, the Court hereby issues its Final Judgment, effective upon entry.

Therefore, it is **ORDERED** that Plaintiff Virgil Talley's claims against Defendants Pepo Tsvetanov, Capital One Auto Finance, and Toyota of North Miami are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby denied.

**So ORDERED and SIGNED this 15th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE